IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE PROTEGEN SLING AND<br>VESICA SYSTEM<br>PRODUCTS LIABILITY LITIGATION | :<br>:<br>: | Master File No.: 1:01-1387<br>MDL No.: 1387 |
| _____ | : | Centralized before<br>The Honorable Benson Everett Legg |
| THIS DOCUMENT RELATES<br>TO ALL ACTIONS | : | |

## ORDER

Pending are Stipulations of Dismissal filed in connection with the global settlement reached by the parties in this action.

The Court hereby:

(i)   GRANTS the Stipulations of Dismissal filed as Docket Numbers 1234 and 1235; and

(ii)  ORDERS the Clerk to CLOSE Civil No. L-02-2241, the case that is the subject of the above Stipulations of Dismissal. This case is DISMISSED WITH PREJUDICE and, because costs are provided for in the Master Settlement Agreement reached by the parties, the dismissal is without costs to either party.

IT IS SO ORDERED this 9th day of February, 2005.

_____/s/_____
Benson Everett Legg
Chief Judge